Certificate Number: 16339-PAE-DE-038754488

Bankruptcy Case Number: 24-12346



16339-PAE-DE-038754488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2024, at 3:19 o'clock PM EDT, Ray Wyatt II completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 10, 2024

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor