United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12346-amc |
| Ray Wyatt, II | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 18, 2024 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ray Wyatt, II, 1927 Wynnewood Rd # 4, Philadelphia, PA 19151-2524 |
| 14906532 | | Bernstein-Burkley, P.C., Firm #718, 601 Grant St Fl 9, Pittsburgh, PA 15219-4430 |
| 14906541 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14906540 | | Citizens Bank, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 14906556 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14906558 | + | Sb1 Federal Credit Unio, P.o. Box 7480, Philadelphia, PA 19101-7480 |
| 14906560 | + | Synapsecredi, 101 2nd Street, San Francisco, CA 94105-3672 |
| 14906569 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 19 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 19 2024 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14906530 | | EDI: ATTWIREBK.COM | Oct 19 2024 04:05:00 | AT&T, Attn: Bankruptcy, 208 S Akard St, Dallas, TX 75202-4206 |
| 14906526 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 19 2024 00:23:35 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14906527 | | EDI: GMACFS.COM | Oct 19 2024 04:05:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14906528 | + | Email/PDF: bncnotices@becket-lee.com | Oct 19 2024 00:23:39 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 14906529 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2024 00:23:41 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14906531 | | EDI: TSYS2 | Oct 19 2024 04:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14906533 | | EDI: CITICORP | Oct 19 2024 04:05:00 | Best Buy/CBNA, Attn: Citicorp Centralized Bankrutcy, PO Box 790040, St louis, MO 63179-0040 |
| 14906542 | | Email/Text: megan.harper@phila.gov | Oct 19 2024 00:04:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |

Case 24-12346-amc   Doc 20   Filed 10/20/24   Entered 10/21/24 00:35:46   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 18, 2024 | Form ID: 318 | Total Noticed: 49 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14906534 | | EDI: CAPITALONE.COM | Oct 19 2024 04:05:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14906537 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 19 2024 00:04:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14906538 | | EDI: CITICORP | Oct 19 2024 04:05:00 | Citibank, Attn: Citicorp Cr Srvs, Centralized Bank, PO Box 790040, St Louis, MO 63179-0040 |
| 14906539 | | EDI: CITICORP | Oct 19 2024 04:05:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14906543 | | Email/Text: bankruptcy@philapark.org | Oct 19 2024 00:04:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14906544 | + | EDI: CITICORP | Oct 19 2024 04:05:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14906545 | | Email/Text: creditops@deserve.com | Oct 19 2024 00:03:00 | Deserve/blockfi/evolve, P.o. Box 57780, Murray, UT 84157 |
| 14906546 | | EDI: DISCOVER | Oct 19 2024 04:05:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14906547 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 19 2024 00:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14906548 | | EDI: IRS.COM | Oct 19 2024 04:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906535 | | EDI: JPMORGANCHASE | Oct 19 2024 04:05:00 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203 |
| 14906536 | | EDI: JPMORGANCHASE | Oct 19 2024 04:05:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14906549 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2024 00:04:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14906550 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 19 2024 00:04:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14906552 | | Email/Text: fesbank@attorneygeneral.gov | Oct 19 2024 00:03:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14906555 | | Email/Text: bkrgeneric@penfed.org | Oct 19 2024 00:03:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 14906551 | + | Email/Text: bkrgeneric@penfed.org | Oct 19 2024 00:03:00 | PenFed CU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 14906553 | | EDI: PENNDEPTREV | Oct 19 2024 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14906553 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14906554 | ^ | MEBN | Oct 19 2024 00:01:38 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14906557 | | Email/Text: bankruptcy@philapark.org | Oct 19 2024 00:04:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14906559 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 19 2024 00:08:17 | SoFi, Attn: Bankruptcy Attn: Bankruptcy, 2750 East Cottonwood Parkway , Ste 300, Salt Lake City, UT 84121-7285 |
| 14906561 | | EDI: SYNC | Oct 19 2024 04:05:00 | Syncb/B&H, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906562 | | EDI: SYNC | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: 318 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 19 2024 04:05:00 | Syncb/Bose, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906563 | + | EDI: SYNC | | |
| | | | Oct 19 2024 04:05:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906564 | | EDI: SYNC | | |
| | | | Oct 19 2024 04:05:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14906565 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Oct 19 2024 00:03:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, VA 28202-0129 |
| 14906566 | | Email/Text: dbogucki@trumark.org | | |
| | | | Oct 19 2024 00:04:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 14906567 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Oct 19 2024 00:04:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14906568 | | EDI: USBANKARS.COM | | |
| | | | Oct 19 2024 04:05:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14906570 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Oct 19 2024 00:04:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14906571 | + | EDI: VERIZONCOMB.COM | | |
| | | | Oct 19 2024 04:05:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Ray Wyatt II help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 4 of 4
Date Rcvd: Oct 18, 2024     Form ID: 318     Total Noticed: 49
TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ray Wyatt II <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6741 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–12346–amc | |

## Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ray Wyatt II

10/17/24

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                  **Order of Discharge**                                  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**